HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN NEELEY,

    Petitioner,

 v.

JEFFREY A UTTECHT,

    Respondent.

CASE NO. C19-5667RBL

ORDER

  THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 9], recommending that the Court deny Petitioner Neeley's § 2254 federal *habeas corpus* petition, without prejudice. The Court has also reviewed Neeley's Objections to that Report and Recommendation [Dkt. # [10].

  (1) The Magistrate Judge's report and recommendation is approved and **ADOPTED**;

  (2) The Court construes petitioner's "motion for reconsideration" [Dkt. # 8] as a response to the Court's order to show cause and directs the Clerk to **strike its designation as a motion on the docket**;

  (3) Petitioner's federal habeas corpus petition [Dkt. # 6] is **DISMISSED without prejudice** for failure to exhaust state court remedies;

ORDER - 1

(4) The Court will **NOT** issue a certificate of appealability under 28 U.S.C. §2253 for the reasons articulated in the Report and Recommendation;

(5) Petitioner Neeley's in forma pauperis status **SHALL CONTINUE** if he appeals; and,

(6) The Clerk is directed to close this case and to send copies of this Order to the parties and to Magistrate Judge Theresa L. Fricke.

IT IS SO ORDERED.

Dated this 1st day of November, 2019.

Ronald B. Leighton
United States District Judge